UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MARTIN L. MANLEY,

        Plaintiff,                  Case No. 1:11-cv-957

v.                                    Honorable Paul L. Maloney

UNKNOWN FILSINGER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   October 28, 2011               /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge